## Columbia Insurance Company, Plaintiff in Error, v. Loeb's Insurance Agency, Defendant in Error.

### Gen. No. 19,675.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. THOMAS F. SCULLY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed June 9, 1914. Rehearing denied June 23, 1914.

### Statement of the Case.

Action by Columbia Insurance Company against Loeb's Insurance Agency to recover premiums upon insurance policies issued by the plaintiff and delivered to defendant as a broker, which premiums, less a commission of fifteen per cent. allowed the defendant, it is alleged the defendant agreed to pay the plaintiff. To reverse a judgment entered on a finding in favor of defendant, plaintiff brings error.

KREMER & GREENFIELD, for plaintiff in error.

NEWMAN, POPPENHUSEN & STERN, for defendant in error.

MR. JUSTICE CLARK delivered the opinion of the court.

### Abstract of the Decision.

1. INSURANCE, § 63*—*when evidence insufficient to show broker liable for premiums.* In an action by an insurance company against a broker to recover premiums on policies delivered to it, where plaintiff claimed that defendant agreed to pay premiums thereon, *held* that the evidence was insufficient to establish such agreement or to show that defendant collected the premiums.

2. INSURANCE, § 63*—*when broker not liable for premiums.* A broker who procures insurance for another is not liable for the premium unless he collects it.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

3. MUNICIPAL COURT OF CHICAGO, § 26*—*sufficiency of statement of facts.* A statement of facts giving in narrative form what purports to be the testimony of the witnesses, *held* not such a statement as is contemplated by the statute.

4. TRIAL, § 295*—*when filing of propositions of law may be refused.* Refusal of propositions of law submitted by plaintiff after the finding and judgment were entered, *held* not error.